WARSAW ELEVATOR COMPANY, Respondent, v. DAHLSTROM METALLIC DOOR COMPANY, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order dismissing the counterclaim of defendant; striking out certain paragraphs of the answer, and directing relief as demanded in the reply pursuant to rule 113 of the Rules of Civil Practice, in an action to recover damages for an alleged breach of contract.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

GERTRUDE McGUIRE, as Administratrix of the Estate of THOMAS McGUIRE, Deceased, Respondent, v. BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.— Amended judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $70,000, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is affirmed, without costs of this appeal to either party. Memorandum: We approve the jury's verdict of $65,000 in the cause of action for wrongful death but we are of the opinion that the jury's verdict of $10,000 in the cause of action for conscious pain and suffering is excessive and should be reduced to the sum of $5,000. All concur. (Appeal from an amended judgment for plaintiff in an action under the Federal Employers' Liability Act to recover damages for the death of plaintiff's intestate and for conscious pain and suffering.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

AILEEN K. VER Dow et al., as Executors of ELMER S. VER Dow, Deceased, Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 30625.) — Judgment affirmed, without costs of this appeal to any party. All concur. (Appeal from a judgment dismissing a claim for damages for the death of claimants' testator alleged to have resulted by reason of the negligent condition of State highway.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

TIMOTHY O'TOOHIL, Respondent, v. LEWIS SMITH, Appellant.— Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying defendant's motion to cancel judgment pursuant to the provisions of section 150 of the Debtor and Creditor Law.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.